# ELECTRONIC RECORD

**499-15**

COA # 04-14-00025-CR          OFFENSE: Murder

STYLE: Frances Rosalez Ford v. The State of Texas          COUNTY: Bexar

COA DISPOSITION: AFFIRMED AS MODIFIED          TRIAL COURT: 227TH District Court

DATE: 04/01/2015          Publish: NO          TC CASE #: 2011CR2986

## IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: «Style1» v. «Style2»          CCA #: **499-15**

___PRO SE___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: 09/16/2015          SIGNED: _____ PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____ DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____